UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRODERICK GAMBLE,**

 Plaintiff,

v.              No. 4:22-cv-0399-P

**RONALD GARY CRABTREE, ET AL.,**

 Defendants.

### FINAL JUDGMENT

 This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing this case (ECF No. 24):

 It is **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED without prejudice.**

 The Clerk of Court is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

 **SO ORDERED** on this **15th day** of **August 2022.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE